IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KEVIN SOUFFRANT | : CIVIL ACTION |
|---|---|
| v. | : NO. 5: 18-2848 |
| KEVIN KAUFFMAN, *et al* | : |

## ORDER

**AND NOW**, this 18th day of April 2019, upon careful and independent consideration of the Petition for a writ of habeas corpus (ECF Doc. No. 2), the Response to the Petition (ECF Doc. No. 16), Chief United States Magistrate Judge Linda K. Caracappa's January 30, 2019 Report and Recommendation (ECF Doc. No. 19), Petitioner's Objections (ECF Doc. No. 28), and for reasons explained below, it is **ORDERED**:

1. Judge Caracappa's January 30, 2019 Report and Recommendation (ECF Doc. No. 19) is **APPROVED** as we **overrule** Petitioner's Objections (ECF Doc. No. 28);

2. We **DENY** and **DISMISS** the Petition for a writ of habeas corpus (ECF Doc. No. 2) with prejudice;

3. There is no probable cause to issue a certificate of appealability;[1] and,

4. The Clerk of Court shall **CLOSE** this case.

KEARNEY, J.

---

[1] *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).